**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AGYAPAL SINGH,

Petitioner,

v.

FERETI SEMAIA, Warden, et al.,

Respondents.

Case No. 5:26-CV-04276-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed August 12, 2026 (ECF No. 10) and the Notice of Compliance filed August 14, 2026 (ECF No. 11), IT IS ADJUDGED that the Petition is granted.

DATED: August 17, 2026

HONORABLE CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE